

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00366-CV

| | | |
|---|---|---|
| CRESSON INTEREST, LLC, Appellant | § | On Appeal from the 355th District Court |
| V. | § | of Hood County (C2020203) |
| | § | August 31, 2022 |
| DONALD "ROOSTER" AND LORI BEANE, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Cresson Interest, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr